KT The Law Office of Kestine M. Thiele, PLLC

**Kestine M. Thiele, Esq.**
305 Broadway, Suite 700
New York, New York
(212) 542-3860
kestine@kthielelaw.com

August 18, 2026

**BY ECF**
The Honorable Eric N. Vitaliano
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *United States v. Hector Rosario*, 22 Cr. 355 (ENV)**

Dear Judge Vitaliano:

We represent Mr. Hector Rosario in the above-referenced matter, pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. On March 25, 2025, after a jury trial, Mr. Rosario was convicted of Count 8 of the Indictment.

On April 30, 2026, we requested by letter that the Court set a sentencing date for Mr. Rosario. On August 4, 2026, the Court set a sentencing date of November 6, 2026. Due to both personal and professional obligations, counsel for Mr. Rosario is unavailable on that date. After conferring with the Government, we respectfully request the Court set a sentencing date in or after mid-December or early 2027.

As always, we thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Kestine M. Thiele, Esq.
Louis Freeman, Esq.